UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUE RODRIGUEZ

                Plaintiff,

- against -

HKS CONSTRUCTION CORP., ET AL.,

                Defendants.

20 cv 5005 (JGK)

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2020

JOHN G. KOELTL, District Judge:

    The plaintiff should file an Order to Show Cause for a Default Judgment by **November 24, 2020**.

    SO ORDERED.

Dated:    New York, New York
             November 9, 2020

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge