```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

ENRIQUE RODRIGUEZ,

                Plaintiff,

   - against -

HKS CONSTRUCTION CORP., et al.,

                Defendants.

                            20-cv-5005 (JGK)

                            ORDER

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The plaintiff should file an Order to Show Cause for a Default Judgment within 14 days.

**SO ORDERED.**

Dated:    New York, New York
           February 25, 2021

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge