```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ENRIQUE RODRIGUEZ, individually and on behalf of others similarly situated,

        Plaintiff,

- against -

HKS CONSTRUCTION CORP. et al.,

        Defendants.

20-cv-5005 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    By Order to Show Cause dated 7/22/21, ECF No. 56, the Court ordered defendants HKS Construction Corp. (d/b/a HKS Scaffolding), LK & Gill Enterprise Inc. (d/b/a HKS Scaffolding), Kamaljit Singh, Happi Singh, and Gil R. Lucio to show cause why a default judgment should not be entered against them. The defendants failed to respond to that Order to Show Cause. Therefore, a default judgment should be entered against the defendants.

    The Court refers the case to Magistrate Judge Wang for an inquest to determine the judgment to be entered.

SO ORDERED.

Dated:    New York, New York
           December 21, 2021

                                                John G. Koeltl
                                       United States District Judge