UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RODRIGUEZ, et. al.,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiffs,　　　　　　　　　:　　　20-CV-5005 (JGK) (OTW)
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　-against-　　　　　　　　　　:　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　:
HKS CONSTRUCTION CORP. et al.,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This matter has been referred to me for Inquest following a default. By **November 11, 2022,** Plaintiffs shall file **(1)** proposed findings of fact and conclusions of law, and **(2)** an inquest memorandum setting forth proof of damages. Plaintiffs' proposed damages figures should be supported by documentary evidence and/or one or more affidavits establishing the proposed figures. Plaintiffs must also include documentation supporting any requested attorney's fees and costs. Plaintiffs must serve these documents on the Defendants and file a proof of service on the docket by **November 11, 2022**.

Defendants' opposition papers (if any) shall be filed by **December 2, 2022**.

The Court hereby notifies the parties that it may conduct this inquest solely on the written submissions of the parties. *See Action S.A. v. Marc Rich & Co., Inc.*, 951 F.2d 504, 508 (2d Cir. 1991). If any party seeks an evidentiary hearing on damages, such party must include the request in its papers, as well as provide reasons why a hearing is necessary and detail what types of additional evidence would be presented at the hearing.

Plaintiffs shall serve a copy of this Order on the Defendants and file proof of service on the docket by **October 18, 2022**.

**SO ORDERED.**

Dated: October 11, 2022                       *s/ Ona T. Wang*
New York, New York                 **Ona T. Wang**
                                         United States Magistrate Judge