UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

ENRIQUE RODRIGUEZ,

                Plaintiff,

- against -

HKS CONSTRUCTION CORP, ET AL.,

                Defendants.

------

20-cv-5005 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Wang dated November 3, 2023. ECF No. 68. The Report recommends that a default judgment be entered against the defendants for $107,473.56 in damages; $6,581.00 in pre-judgment interest; and $3,612.25 in attorney's fees and costs. See id.

    No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct, with the exception that the Court finds that the number of days during which the pre-judgment interest of 9% accrues should be 520 days, rather than 548 days. Therefore, the amount of pre-judgment interest is $6,245.20, rather than $6,581.00.

**CONCLUSION**

    The Clerk is therefore directed to enter judgment as follows:

(1) In favor of the plaintiff and against the defendants jointly and severally, as follows:

        (a)   For damages in the amount of $107,473.56; and

        (b)   For pre-judgment interest in the amount of $6,245.20; and

        (c)   For attorney's fees and costs in the amount of $3,612.25.

The Clerk is also directed to close all pending motions and to close this case.

**SO ORDERED.**

Dated:    New York, New York
            November 24, 2023

                                                  _____
                                                       John G. Koeltl
                                                  **United States District Judge**