# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ENRIQUE RODRIGUEZ,

                Plaintiff,

    -against-

HKS CONSTRUCTION CORP, ET AL.,

                Defendants.

-------------------------------------------------------------------------X

20 **CIVIL** 5005 (JGK)

## <u>JUDGMENT</u>

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 24, 2023, judgment is entered as follows: (1) In favor of the plaintiff and against the defendants jointly and severally, as follows: (a) For damages in the amount of $107,473.56; and (b) For pre-judgment interest in the amount of $6,245.20; and (c) For attorney's fees and costs in the amount of $3,612.25; accordingly, the case is closed.

**Dated:**  New York, New York

      November 27, 2023

                                   **RUBY J. KRAJICK**

                                   **Clerk of Court**

        **BY:**        K. Mango

                                   **Deputy Clerk**